UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re: FREDERICK METAYER and
SOLANGE METAYER,

CASE NO.: 6:14-bk-

Debtors.
_____/

\_\_\_X\_\_\_  **Chapter 13 Plan**          _____  **1st Amended Chapter 13 Plan**

COME NOW, the Debtors and file this Chapter 13 Plan. The projected disposable income of the Debtors is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtors shall pay the following sums to the Chapter 13 Standing Trustee:

**Plan Payments**

**Payment Number by Months**           **Amount of Monthly Plan Payment**

1 – 60   (November 2014 – October 2019)           $ 1,070.00

The Debtor(s) shall mail a **money order** or **cashier's check** to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103, with the Debtor(s) name and case number indicated clearly thereon and by the due dates for payments as set for the above.

**OTHER PROVISION REGARDING INCOME TAX REFUNDS, INCOME TAX RETURNS, AND/OR INCREASED INCOME**

The Debtor(s) are required to turnover any and all income tax refunds to the Chapter 13 Standing Trustee for the benefit of the Debtor(s) general unsecured creditors for the duration of this case. The Debtor(s) shall mail any and all tax refunds to the Chapter 13 Standing Trustee's payment address, Laurie K. Weatherford, Chapter 13 Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) shall put their name and case number on the face of any refund checks before mailing them to the Trustee. **The Debtor(s) should indorse the back of the refund checks with their name and the words "made payable to Laurie K. Weatherford, Trustee".**

The Debtor(s) are required to provide the Chapter 13 Trustee with copies of all income tax returns filed each year and for the duration of this case. The Debtor(s) shall mail a copy of the returns for each year <u>on or before April 30th</u>, to the Debtor's attorney, if any, and to the Chapter 13 Trustee at the address of Post Office Box 3450, Winter Park, FL 32790.

The Debtor(s) are further required to file all tax returns timely and to pay any taxes due for the duration of this case. Proof of payment of all post-petition taxes are required.

If the Debtor(s) income increases during the pendency of this Chapter 13 Case, the Debtor(s) must commit the excess disposable income to the Plan for the benefit of the Debtor's creditors.

## PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Attorney's Fees (Mediation) | $1,800.00 | $ 150.00 | 1 - 12 |
| Attorney's Fees (Chapter 13) | $3,000.00 | $ 150.00 | 13 - 32 |

**Priority Claims**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| NONE | | | |

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Bank of America (31%) | $275,000.00 | $ 806.51 | 1 – 60 |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Bank of America | Mediation/Modification | | |

**Secured Gap Payment**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

NONE

**Property to be Surrendered:** NONE

**VALUATION OF SECURITY:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

NONE

**The following Executory Contracts are assumed:**

Name of Creditor:        Description of Collateral:        Payment Month Numbers:

NONE

**The following Executory Contracts are rejected:**

Name of Creditor:                Description of Collateral:

NONE

**Unsecured Creditors:** whose claims are allowed shall receive a pro rata share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage:  __Pro Rata__ %

Property of the Estate revests in the Debtors upon completion of all plan payments and the discharge of Debtors.

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Chapter 13 Plan of Debtors was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this _____ day of October, 2014.

                        Signed: /s/_ FREDERICK METAYER
                                FREDERICK METAYER, Debtor

                        Signed: /s/_ SOLANGE METAYER
                                  SOLANGE METAYER, Debtor

Filer's Attestation: Pursuant to Local Rule 9011-4(d) regarding signatures, Charles Price attests that concurrence in the filing of this paper has been obtained.

                        /s/ CHARLES W. PRICE
                        CHARLES W. PRICE, ESQ.
                        Attorney for Debtors
                        PRICE LAW FIRM
                        390 Maitland Ave., Suite 1000
                        Altamonte Springs, FL 32701
                        p. 407.834.0090, f. 407.386.7610
                        Fla. Bar No. 870862