UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:
FREDRICK & SOLANGE METAYER              Case 6:14-bk-11762-KSJ

___Debtor._____/

## MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION
## RE: 7424 Country Run Pkwy, Orlando FL 32818

The debtors request entry of an order referring the debtors and Bank of America, NA, regarding that certain loan ending in 7433, to mortgage modification mediation, and in support state:

1. The debtors filed this Chapter 13 case in an attempt to retain their primary residence.

2. The debtors would like to modify the terms of the mortgages encumbering their primary residence, located at 7424 Country Run Pkwy, Orlando FL 32818. The debtors' income would allow them to contribute as much as 31% of their current net income to payment of their modified mortgage debt.

3. Mediation pursuant to Local Rule 9019-2 will assist the parties in negotiation of a modification of the relevant mortgages.

4. Debtors will pay the $250.00 mediation cost directly to the Mediator within seven (7) days of the designation of such Mediator.

Wherefore, debtors request the entry of an order referring this case to mediation and for such other and further relief as this Court deems just and proper.

DATED: 1/16/2014

Respectfully Submitted,

/s/ CHARLES W. PRICE, ESQ.
CHARLES W. PRICE, Esq.
PRICE LAW FIRM
390 Maitland Avenue, Suite 1000
Altamonte Springs, FL 32701
Fl. Bar No. 870862
P. 407.834.0090
F. 407.386.7610

## CERTIFICATE OF SERVICE

I hereby certify that this 16th day of January, 2015, a true and correct copy of the Motion for Mediation of Debtor was furnished by U.S. mail, postage prepaid, to the following:

DEBTOR

Bank of America, NA
Northeast Legal Order Processing
NY7-501-02-07
5701 Horatio Street
Utica, NY 13502
**VIA CERTIFIED MAIL**

Bank of America, N.A.
PO BOX 26012
NC4-105-02-99
Greensboro, NC 27420

Brian T. Moynihan, President & CEO
Bank of America Corporate Center
100 North Tryon Street
Charlotte, North Carolina 28255
**VIA CERTIFIED MAIL**

Bank of America
C T CORPORATION SYSTEM, Registered Agent
1200 SOUTH PINE ISLAND ROAD
PLANTATION FL 33324
LENDER's COUNSEL

Ella Roberts, Esq.
Shapiro, Fishman & Gaché, LLP
4630 Woodland Corporate Blvd., Suite 100
Tampa, FL 33614

Laurie Weatherford, Chapter 13 Trustee (electronic transmission)

/s/ CHARLES W. PRICE, ESQ.
CHARLES W. PRICE, Esq.
PRICE LAW FIRM
390 Maitland Avenue, Suite 1000
Altamonte Springs, FL 32701
Fl. Bar No. 870862
P. 407.834.0090/F. 407.386.7610