UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:   FREDERICK METAYER and                CASE NO.: 6:14-bk-11762-KSJ
         SOLANGE METAYER,

        Debtors.
_____/

**DEBTORS' RESPONSE TO MOTION TO DISMISS**

COME NOW, the Debtors, FREDERICK METAYER and SOLANGE METAYER, by and through the undersigned attorney, and hereby respond to the Trustee's Motion to Dismiss for Failure to Failure to Maintain Timely Plan Payments (the "Motion"), and state as follows:

1. The Debtors filed this Chapter 13 case on October 20, 2014.

2. On March 2, 2015, 2015, the Chapter 13 Trustee filed the Motion, based on the Debtors' failure to make payments totaling $2,140.00 through the payment due March 19, 2015.

3. Since the Trustee filed the Motion, the Debtors have paid $1,070.00, and currently only owe $1,070.00 for the March 19, 2015 payment. The Debtors are mailing this payment to the Chapter 13 Trustee immediately.

4. The Debtors want to retain their home and property and complete their Chapter 13 Plan.

WHEREFORE, the Debtors respectfully request that this Court allow them to become current as set forth above.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF on all parties having appeared electronically in this case; or by U.S. Mail to: Laurie K. Weatherford, Trustee, PO BOX 3450, Winter Park, FL 32790 and all parties listed in the attached mailing matrix this 23rd day of March, 2015.

/s/ Charles W. Price
CHARLES W. PRICE, ESQ.
PRICE LAW FIRM
390 Maitland Avenue, Suite 1000
Altamonte Springs, FL 32701
Fla. Bar No. 870862
P. 407.834.0090
F. 407.386.7610